David M. Friedman (DFriedman@kasowitz.com)
Adam L. Shiff (AShiff@kasowitz.com)
Robert M. Novick (RNovick@kasowitz.com)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Five Mile Capital Partners LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MSR RESORT GOLF COURSE LLC, et al.,[1] | ) ) | Case No. 11-10372 (SHL) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF APPEAL FROM SUPPLEMENTAL ORDER (A) APPROVING AND AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE STALKING HORSE COMMITMENT LETTER, (B) APPROVING BIDDING PROCEDURES, (C) APPROVING BID PROTECTIONS, (D) SCHEDULING BID DEADLINES AND AN AUCTION, AND (E) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Five Mile Capital Partners LLC and certain of its affiliated and managed funds ("Five Mile"), hereby appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 and 8002, from the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include:  MSR Resort Golf Course LLC (7388); MSR Biltmore Resort, LP (5736); MSR Claremont Resort, LP (5787); MSR Desert Resort, LP (5850); MSR Grand Wailea Resort, LP (5708); MSR Resort Ancillary Tenant, LLC (9698); MSR Resort Biltmore Real Estate, Inc. (8464); MSR Resort Desert Real Estate, Inc. (9265); MSR Resort Hotel, LP (5558); MSR Resort Intermediate Mezz GP, LLC (3864); MSR Resort Intermediate Mezz LLC (7342); MSR Resort Intermediate Mezz, LP (3865); MSR Resort Intermediate MREP, LLC (9703); MSR Resort Lodging Tenant, LLC (9699); MSR Resort REP, LLC (9708); MSR Resort Senior Mezz GP, LLC (9969); MSR Resort Senior Mezz LLC (7348); MSR Resort Senior Mezz, LP (9971); MSR Resort Senior MREP, LLC (9707); MSR Resort Silver Properties, LP (5674); MSR Resort SPE GP II LLC (5611); MSR Resort SPE GP LLC (7349); MSR Resort Sub Intermediate Mezz GP, LLC (1186); MSR Resort Sub Intermediate Mezz LLC (7341); MSR Resort Sub Intermediate Mezz, LP (1187); MSR Resort Sub Intermediate MREP, LLC (9701); MSR Resort Sub Senior Mezz GP, LLC (9966); MSR Resort Sub Senior Mezz LLC (7347); MSR Resort Sub Senior Mezz, LP (9968); and MSR Resort Sub Senior MREP, LLC (9705) (collectively, the "Debtors").

*Supplemental Order (A) Approving and Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Commitment Letter, (B) Approving Bidding Procedures, (C) Approving Bid Protections, (D) Scheduling Bid Deadlines and an Auction, and (E) Approving the Form and Manner of Notice Thereof* (the "<u>Order</u>") [Docket No. 1740], entered in this case on November 7, 2012.  The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

## APPELLANT

**<u>Counsel to Five Mile Capital Partners LLC</u>**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David M. Friedman
Adam L. Shiff
Robert M. Novick
1633 Broadway
New York, New York 10019
Tel. No. (212) 506-1700

## APPELLEES

**<u>Counsel to the Debtors</u>**

KIRKLAND & ELLIS LLP
James H.M. Sprayregen
Paul M. Basta
Edward O. Sassower
Chad J. Husnick
601 Lexington Avenue
New York, New York 10022
Tel. No. (212) 446-4800

**<u>Counsel to 450 Lex Private Limited and C Hotel Mezz Private Limited</u>**

DECHERT LLP
Michael J. Sage
Brian E. Greer
Nicole B. Herther-Spiro
1095 Avenue of the Americas
New York, New York 10036-6797
Tel. No. (212) 698-3500

## OTHER PARTIES

**Counsel to the Official Committee of Unsecured Creditors**

ALSTON & BIRD LLC
Martin G. Bunin
Craig E. Freeman
90 Park Avenue
New York, New York 10016
Tel. No. 212-210-9400

**Counsel to MLIC Asset Holdings II LLC**

SIDLEY AUSTIN LLP
Lee S. Attanasio
787 Seventh Avenue
New York, New York 10019
Tel. No. (212) 839-5300

SIDLEY AUSTIN LLP
Richard W. Havel
Gabriel R. MacConaill
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel. No. (213) 896-6000

**Counsel to CNL Recovery Acquisition LLC**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Elsberg
Benjamin I. Finestone
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. No. (212) 849-7000

**Counsel to Midland Loan Services, Inc.**

MILBANK, TWEED, HADLEY & McCLOY LLP
Mark Shinderman
David Zolkin
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Tel. No. (213) 892-4000

MILBANK, TWEED, HADLEY & McCLOY LLP
Atara Miller
Once Chase Manhattan Plaza
New York, New York 10005
Tel. No. (212) 530-5000


Dated: November 20, 2012
       New York, New York


                                KASOWITZ, BENSON, TORRES
                                  & FRIEDMAN LLP

                                 /s/ David M. Friedman
                                David M. Friedman (DFriedman@kasowitz.com)
                                Adam L. Shiff (AShiff@kasowitz.com)
                                Robert M. Novick (RNovick@kasowitz.com)
                                1633 Broadway
                                New York, New York 10019
                                Telephone: (212) 506-1700
                                Facsimile:  (212) 506-1800

                                *Counsel for Five Mile Capital Partners LLC*