DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Michael J. Sage
Brian E. Greer
David A. Kotler

*Attorneys for 450 Lex Private Limited and*
*C Hotel Mezz Private Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- X | | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| MSR RESORT GOLF COURSE LLC, *et al.* | : | Case No.  11-10372 (SHL) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------- X | | |

### GIC RE'S COUNTER-STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE BANKRUPTCY COURT'S <u>SUPPLEMENTAL BIDDING PROCEDURES ORDER</u>

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), 450 Lex Private Limited and C Hotel Mezz Private Limited (together, "<u>GIC RE</u>"), appellees in this appeal, hereby submit this Counter-Statement of Issues on Appeal and Designation of Additional Items to be Included in the Record on Appeal (the "<u>Designation</u>") in connection with the appeal by Five Mile Capital Partners LLC and certain of its affiliated and managed funds ("<u>Five Mile</u>"), of the Bankruptcy Court's *Supplemental Order (A) Approving And Authorizing The Debtors To Enter Into An Perform Under The Stalking Horse Commitment Letter, (B) Approving Bidding Procedures, (C) Approving Bid Protections, (D) Scheduling Bid*

17804471

*Deadlines And An Auction, And (E) Approving The Form And Manner Of Notice Thereof* [Dkt.

No. 1740] (the "Supplemental Bidding Procedures Order").

## COUNTER-STATEMENT OF ISSUES ON APPEAL

Issue No. 1        Whether the District Court lacks jurisdiction to hear Five Mile's appeal where the Supplemental Bidding Procedures Order (a) is not a final ruling, (b) fails to meet the criteria for an interlocutory appeal (and where Five Mile has failed to comply with the rules governing interlocutory appeals), (c) does not present any issues that are ripe for appeal, and (d) does not memorialize any of the rulings that Five Mile apparently seeks to appeal (*see* Five Mile's Statement of Issues).

Issue No. 2        In the event that the District Court determines that it has jurisdiction to hear this appeal, whether the Bankruptcy Court abused its discretion by entering the Supplemental Bidding Procedures Order that -- with the consent of Five Mile -- merely modified the deadlines in the auction process for the Debtors' assets.

Issue No. 3        In the event that the District Court determines that it has jurisdiction to hear this appeal and to consider the Bankruptcy Court's October 25, 2012 bench ruling (even though Five Mile has not appealed from that ruling), whether the Bankruptcy Court abused its discretion in determining that it would not rule on the issue of whether GIC RE is a good-faith purchaser until the conclusion of the sale process whereby the Debtors sought to approve a sale of the properties to GIC RE.

Issue No. 4        In the event that the District Court determines that it has jurisdiction to hear this appeal and to consider the Bankruptcy Court's October 25, 2012 bench ruling (even though Five Mile has not appealed from that ruling), whether the Bankruptcy Court abused its discretion in determining as part of its October 25, 2012 bench ruling, based on the evidentiary record before it, that if GIC RE either (i) amended certain agreements between an affiliate of GIC RE and KSL Capital Partners, LLC or (ii) disclosed the agreements, nothing in the record would preclude a finding that GIC RE is a good faith purchaser in the event the Bankruptcy Court were asked to approve a sale of the Debtors' assets to GIC RE pursuant to the GIC RE stalking horse bid.

Issue No. 5        In the event that the District Court determines that it has jurisdiction to hear this appeal and to consider the Bankruptcy Court's October 25, 2012 bench ruling (even though Five Mile has not appealed from that ruling), whether the Bankruptcy Court abused its discretion in determining as part of its October 25, 2012 bench ruling, based on the evidentiary record before it, that there was no collusion between Midland Loan Services, Inc., as the special servicer for the Debtors' mortgage loan ("Midland"), and GIC RE,

especially where even Five Mile's counsel was unable to point the Bankruptcy Court to any evidence of any such collusion upon questioning from the Court.

Issue No. 6    In the event that the District Court determines that it has jurisdiction to hear this appeal and to consider the Bankruptcy Court's October 25, 2012 bench ruling (even though Five Mile has not appealed from that ruling), whether the Bankruptcy Court abused its discretion in making its October 25, 2012 bench ruling based on the evidentiary record before it where Five Mile had filed no motion to compel production of documents withheld on the basis of a valid assertion of a joint interest privilege between certain parties including GIC RE and Midland and where there is no order regarding the privileged documents from which Five Mile can appeal.

## DESIGNATION OF RECORD

GIC RE respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8006.  Items designated shall include all exhibits and submissions attached thereto.

## BANKRUPTCY COURT DOCUMENTS

| Docket No. | Description |
| --- | --- |
|  | The docket in the bankruptcy case of *In re* MSR Resort Golf Course LLC, *et al.*, Case No. 11-10372 (SHL). |
| 324 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 326 | Declaration of Saul Burian in Support of the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property |
| 354 | Stipulation and Order Extending the Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan and Solicit Acceptances Thereof |

| Docket No. | Description |
|---|---|
| 437 | Debtors' Omnibus Reply in Support of Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 438 | Debtors' Reply to Waldorf=Astoria Management LLC's Response to Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusivity Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 439 | Supplemental Declaration of Saul Burian in Support of Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusivity Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 466 | Order Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 604 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 638 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 648 | Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 652 | Declaration of Saul Burian in Support of the Motion of MSR Resort Golf Course LLC, *et al.*, for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and the Motion of MSR Resort Golf Course LLC, I, for Entry of an Order Approving the Debtors' Stipulation with GIC and Five Mile |
| 684 | Debtors' Omnibus Reply in Support of Motion for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |

4

| Docket No. | Description |
|---|---|
| 687 | Supplemental Declaration of Saul Burian in Support of the Motion of MSR Resort Golf Course LLC, *et al.*, for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and the Motion of MSR Resort Golf Course LLC, *et al.*, for Entry of an Order Approving the Debtors' Stipulation with GIC and Five Mile |
| 714 | Order (I) Scheduling Matters for Hearing on October 31, 2011, and (II) Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 793 | Declaration of Christopher Devine Authenticating Evidence Pursuant to Fed. R. Evid. 803(6) |
| 810 | Stipulation of Facts Regarding Motions of MSR Resort Golf Course LLC, et al., for (I) Approval of Settlement with GIC RE (II) Approval of Settlement with MetLife and (III) Further Extension of the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 832 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 839 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 849 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 997 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 1035 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 1115 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |

17804471

| Docket No. | Description |
|---|---|
| 1179 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 1219 | Stipulation and Agreed Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 1225 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 1237 | Declaration of Saul Burian in Support of Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 1290 | Order Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof |
| 364 | Transcript regarding Hearing Held on May 26, 2011 |
| 474 | Transcript regarding Hearing Held on June 28, 2011 |
| 475 | Transcript regarding Hearing Held on June 29, 2011 |
| 717 | Transcript regarding Hearing Held on October 11, 2011 |
| 840 | Transcript regarding Hearing Held on October 31, 2011 |
| 841 | Transcript regarding Hearing Held on November 1, 2011 |

17804471

| Docket No. | Description |
|---|---|
| 991 | Transcript regarding Hearing Held on November 3, 2011 |
| 1079 | Transcript regarding Hearing Held on February 21, 2012 |
| 1118 | Transcript regarding Hearing Held on April 3, 2012 |
| 1184 | Transcript regarding Hearing Held on May 17, 2012 |
| 1296 | Transcript regarding Hearing Held on June 27, 2012 (AM) |
| 1297 | Transcript regarding Hearing Held on June 27, 2012 (PM) |
| 1356 | Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 1357 | Disclosure Statement for the Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 1382 | Notice of Presentment and Order Terminating Exclusivity in Accordance with the GIC RE Exclusivity Order |
| 1576 | First Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 1577 | Disclosure Statement for the First Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |

7

17804471

| Docket No. | Description |
|---|---|
| 1584 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan, (C) Approving the Form of Various Ballots and Notices in Connection Therewith, (D) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan, and (E) Granting Related Relief |
| 1585 | Notice of Filing of (I) First Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Disclosure Statement for the First Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
|  | Midland Post-Trial Letter Brief (Filed Under Seal) |
| 1819 | Bench Ruling Re: Good Faith Hearing – filed 12/5/2012 |
| 1841 | Second Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 1842 | Disclosure Statement for the Second Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 1848 | Second Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) |
| 1849 | Disclosure Statement for the Second Amended Joint Plan of Reorganization of MSR Resort Golf Course LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) |
| 1851 | Order (A) Approving The Adequacy Of The Disclosure Statement, (B) Approving The Solicitation And Notice Procedures With Respect To Confirmation Of The Plan, (C) Approving The Form Of Various Ballots And Notices In Connection Therewith,(D) Approving The Scheduling Of Certain Dates In Connection With Confirmation Of The Plan, And (E) Granting Related Relief |

17804471

**DEPOSITION DESIGNATIONS**

| Exhibit No. | Description |
| --- | --- |
| A | Five Mile Deposition Designations and GIC and Midland Counter-Designations thereto (and related originals) |
| B | GIC Deposition Designations and Five Mile Counter-Designations thereto |
| C | Midland Deposition Designations and Five Mile Counter-Designations thereto |
| E | Adam Gallistel Deposition Transcript, dated September 4, 2012 |
| F | Adam Gallistel Deposition Transcript, dated October 10, 2012 |
| G | James Glasgow Deposition Transcript, dated September 5, 2012 |
| I | Peter McDermott Deposition Transcript, dated October 11, 2012 |
| J | Kevin Semon Deposition Transcript, dated September 4, 2012 |
| K | Kevin Semon Deposition Transcript, dated October 11, 2012 |

17804471

**TRIAL EXHIBITS**

| Exhibit No. | Description |
| --- | --- |
| 1 | Declaration of Brian E. Greer in Support of Omnibus Reply of 450 Lex Private Limited and C Hotel Mezz Private Limited to the Objections to the Motion of MSR Resort Golf Course LLC, Et Al., For Entry of an Order (A) Approving and Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Commitment Letter, (B) Approving the Bidding Procedures, (C) Approving Bid Protections, (D) Scheduling Bid Deadlines and an Auction, and (E) Approving the Form and Manner of Notice Thereof (the "9/9 Greer Decl.") [Docket No. 1510] |
| 2 | Declaration of Adam Gallistel in Support of the Omnibus Reply of 450 Lex Private Limited and C Hotel Mezz Private Limited to the Objections to the Motion of MSR Resort Golf Course LLC, Et Al., For Entry of an Order (A) Approving and Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Commitment Letter, (B) Approving the Bidding Procedures, (C) Approving Bid Protections, (D) Scheduling Bid Deadlines and an Auction, and (E) Approving the Form and Manner of Notice Thereof, attached to the 9/9 Greer Decl. as Exhibit 1 |
| 3 | Brief of 450 Lex Private Limited and C Hotel Mezz Private Limited ("GIC RE") in Opposition to the Frivolous Allegations of Five Mile Capital Partners LLC and CNL Recovery Acquisition LLC that GIC RE is Not a Good Faith Purchaser  [Docket No. 1629] |
| 4 | Declaration of Brian E. Greer In Support of the Brief 450 Lex Private Limited and C Hotel Mezz Private Limited ("GIC RE") in Opposition to the Frivolous Allegations of Five Mile Capital Partners LLC and CNL Recovery Acquisition LLC – that GIC RE is Not A Good Faith Purchaser (the "10/8 Greer Decl.") [Docket No. 1629] |
| 9 | Letter Agreement between Five Mile Capital II CMBS Pooling International, LLC ("Five Mile") and Midland Loan Services, Inc., predecessor in interest to Midland Loan Services, a division of PNC Bank, National Association, ("Midland"; and together with Five Mile, the "Parties") dated August 30, 2007, as amended (the "Letter Agreement") dated October 19, 2011, attached to the 10/8 Greer Decl. as Exhibit E-1 |
| 10 | Letter regarding LB-UBS Commercial Mortgage Loan Trust 2007-C6 dated August 30, 2007, attached to the 10/8 Greer Decl. as Exhibit E-2 |

17804471

| Exhibit No. | Description |
|---|---|
| 11 | Agreement Regarding Fee Allocation, dated October 19, 2011, attached to the 10/8 Greer Decl. as Exhibit E-3 |
| 14 | Email from David Zolkin to Brian Greer, dated August 6, 2012, attached to the 10/8 Greer Decl. as Exhibit H |
| 16 | Bid Procedures Order, docket number 1009, *In re* Innkeepers USA Trust, *et al.*, Case No. 10-13800 (SCC) (Bankr. S.D.N.Y.), attached to the 10/8 Greer Decl. as Exhibit L |
| 17 | Email dated May 17, 2012 from Saul Burian with attachment, attached to the 10/8 Greer Decl. as Exhibits M-1 and M-2 |
| 18 | Email dated March 16, 2012 from Chris Wu, attached to the 10/8 Greer Decl. as Exhibit M-3 |
| 19 | Intercreditor Agreement by and among German American Capital Corporation, as Senior Lender, German American Capital Corporation, as First Mezzanine Lender, German American Capital Corporation, as Second Mezzanine Lender, German American Capital Corporation, as Third Mezzanine Lender, German American Capital Corporation, as Fourth Mezzanine Lender, and any future Fifth Mezzanine Lender which joins the Agreement as Fifth Mezzanine Lender, Dated as of January 9, 2006, attached to the 10/8 Greer Decl. as Exhibit N |
| 20 | [Revised] Joinder of Midland Loan Services, a Division of PNC Bank, N.A., in Support of GIC RE Good Faith Hearing Brief  [Docket No. 1630-1] |
| 21 | Declaration of Kevin Semon in Support of Joinder of Midland Loan Services, a Division of PNC Bank, N.A., in Support of GIC RE Good Faith Hearing Brief  [Docket No. 1630] |
| 22 | Declaration of David B. Zolkin in Support of the Joinder of Midland Loan Services, a Division of PNC Bank, N.A., in Support of the GIC RE Good Faith hearing Brief  (the "10/8 Zolkin Decl.") [Docket No. 1630] |
| 23 | The Debtors' Responses to Midland Loan Services, Inc.'s Second Request for Production of Documents, dated September 27, 2012, attached as to the 10/8 Zolkin Decl. as Exhibit 1 |
| 24 | Email dated May 17, 2012 from Saul Burian, attached to the 10/8 Zolkin Decl. as Exhibit 3 |

| Exhibit No. | Description |
| --- | --- |
| 25 | Email dated May 16, 2012 from Drew Talarico and attachment, attached to the 10/8 Zolkin Decl. as Exhibit 4 |
| 26 | Email dated 5/13/2012 from Adam Shiff, attached to the 10/8 Zolkin Decl. as Exhibit 5 |
| 27 | Opening Brief of Five Mile Capital Partners LLC in Opposition to Entry of Finding that GIC is a Good Faith Bidder (the "Five Mile Opening Brief") [Docket No. 1631] |
| 30 | Bid Procedures Order, attached to the Five Mile Opening Brief as Exhibit 4 [Docket No. 1567] |
| 47 | GIC RE's Reply Brief in Opposition to the Opening Brief of Five Mile Capital Partners LLC in Opposition to Entry of Finding the GIC is a Good Faith Bidder [Docket No. 1646] |
| 48 | Declaration of Brian E. Greer in Support of the Reply Brief in Opposition to the Opening Brief of Five Mile Capital Partners LLC in Opposition to Entry of Finding that GIC Is a Good Faith Bidder (the "10/11 Greer Decl.") [Docket No. 1646] |
| 49 | Response of Midland Loan Services, a Division of PNC Bank, N.A., to Opening Brief of Five Mile Capital Partners LLC in Opposition to Entry of Finding that GIC is a Good Faith Bidder [Docket No. 1644] |
| 50 | Supplemental Declaration of Kevin Semon (1) in Further Support of Joinder of Midland Loan Services, a Division of PNC Bank, N.A. ("Midland"), in Support of GIC RE Good Faith Hearing Brief and (2) in Support of Midland's Response to Opening Brief of Five Mile Capital Partners LLC in Opposition to Entry of Finding that GIC is a Good Faith Bidder (the "Supplemental Semon Decl.") |
| 51 | Excerpts from Pooling and Servicing Agreements, attached to the Supplemental Semon Decl. as Exhibit 1 |
| 52 | Reply Brief of Five Mile Capital Partners LLC in Further Opposition to Entry of a Finding that GIC is a Good Faith Bidder (the "Five Mile Reply Brief") [Docket No. 1645] |
| 59 | Gallistel Exhibit 7 – Letter dated May 11, 2011 from Mark Shinderman, Esq. to Edward O. Sassower, Esq. |

17804471

| Exhibit No. | Description |
|---|---|
| 60 | Gallistel Exhibit 8 – Objection of GIC RE to the Debtors' Motion to Extend Exclusivity, dated June 14, 2011 [Docket No. 398] |
| 61 | Gallistel Exhibit 9 – Email dated April 3, 2012 from Brian Greer [MSR_FiveMile001211 – MSR_FiveMile001225] |
| 62 | Gallistel Exhibit 10 – Email dated July 20, 2012 from Dan Gissinger [MSR_FiveMile001200 – MSR_FiveMile001206] |
| 63 | Gallistel Exhibit 11 – Email dated August 1, 2012 from Adam Gallistel [MSR-MIDLAND00001606] |
| 64 | Gallistel Exhibit 12 – Email dated August 1, 2012 from Michael Sage [LAZ-MSR 000344 |
| 65 | Gallistel Exhibit 13 – Email dated August 1, 2012 from Brian E. Greer [MSR-MIDLAND00001601 – MSR-MIDLAND00001602] |
| 66 | Gallistel Exhibit 14 – Email dated August 6, 2012 from David Zolkin [MSR-MIDLAND00001612 – MSR-MIDLAND00001614] |
| 67 | Gallistel Exhibit 15 – Email dated August 7, 2012 from Brian E. Greer [MSR-MIDLAND00001311 – MSR-MIDLAND00001350] |
| 68 | Gallistel Exhibit 16 – Email dated August 9, 2012 from Brian E. Greer [MSR_FiveMile000047 – MSR_FiveMile000097] |
| 69 | Gallistel Exhibit 17 – Email dated August 7, 2012 from Adam Gallistel [MSR-MIDLAND00001757] |
| 70 | Gallistel Exhibit 18 – Email dated August 8, 2012 from Kevin Semon [MSR-MIDLAND00001751 – MSR-MIDLAND00001752] |
| 72 | Semon Exhibit 1 – Bidding Procedures Motion [Docket No. 1417] |
| 73 | Semon Exhibit 2 – Bidding Procedures |
| 74 | Semon Exhibit 3 – Response of Midland Loan Services to Bidding Procedures Motion [Docket No. 1471] |
| 75 | Semon Exhibit 6 – Letter dated May 11, 2011 from Mark Shinderman, Esq. to Edward O. Sassower, Esq. |

17804471

| Exhibit No. | Description |
|---|---|
| 76 | Semon Exhibit 7 – Supplement to Limited Objection of Midland Loan Services, Inc. to Debtors' Proposed Final Cash Collateral Order [Docket No. 223] |
| 77. | Semon Exhibit 8 – Objection of Midland Loan Services, Inc. to Motion to Extend Exclusivity [Docket No. 392] |
| 78. | Semon Exhibit 9 – Email dated May 17, 2010 from Steven N. Serajeddini [MSR_FiveMile001226 – MSR_FiveMile001229] |
| 79. | Semon Exhibit 10 – Email dated July 20, 2012 from Dan Gissinger [MSR_FiveMile001200 – MSR_FiveMile001206] |
| 80. | Semon Exhibit 11 – Email dated August 1, 2012 from Adam Gallistel [MSR-MIDLAND00001606] |
| 81 | Semon Exhibit 12 – Email dated August 2, 2012 from Brian E. Greer [MSR-MIDLAND00001420 – MSR-MIDLAND00001421] |
| 82 | Semon Exhibit 13 – Email dated August 6, 2012 from David Zolkin [MSR-MIDLAND00001612 – MSR-MIDLAND00001614] |
| 83 | Semon, Exhibit 14 – Email dated August 7, 2012 from Brian E. Greer [MSR-MIDLAND00001311 – MSR-MIDLAND00001350] |
| 84 | Semon, Exhibit 15 – Email dated August 14, 2012 from Paul M. Basta [MSR-MIDLAND00001112 – MSR-MIDLAND00001117] |
| 85 | Semon Exhibit 16 – Email dated August 7, 2012 from Adam Gallistel [MSR-MIDLAND00001757] |
| 86 | Semon Exhibit 17 – Email dated August 8, 2012 from Kevin Semon [MSR-MIDLAND00001751 – MSR-MIDLAND00001752] |
| 87 | Semon Exhibit 18 – Email dated August 15, 2012 from Mark Shinderman [MSRBID002154 – MSRBIC002157] |
| 88 | Semon Exhibit 19 – Email dated August 15, 2012 from Brian E. Greer [MSR-MIDLAND00001484 – MSR-MIDLAND00001487] |
| 89 | Semon Exhibit 20 – Email dated August 16, 2012 from Kevin Semon [MSR-MIDLAND00001672 – MSR-MIDLAND00001674] |

17804471

| Exhibit No. | Description |
|---|---|
| 90 | Semon Exhibit 21 – Email dated August 15, 2012 from Mark Shinderman [MSRBID002180 – MSRBID002181] |
| 91 | Semon Exhibit 22 – Letter dated November 2, 2011 from Daniel M. Perry, Esq. to The Honorable Sean H. Lane |
| 92 | Semon Exhibit 26 – Email dated July 6, 2012 from Mark Shinderman [MSR_FiveMile002786 – MSR_FiveMile002787] |
| 93 | Glasgow Exhibit 1 – Objection of Five Mile Capital Partners LLC to the Bidding Procedures Motion [Docket No. 1474] |
| 94 | Glasgow Exhibit 2 – Order of Approving the Debtors' Agreement with GIC RE and Five Mile [Docket No. 865] |
| 95 | Glasgow Exhibit 3 – Email dated May 16, 2012 from Drew Talarico [MSR_Midland0000181 – MSR_Midland0000184] |
| 96 | Glasgow Exhibit 4 – Email dated July 27, 2012 from Drew Talarico [MSR_Midland0000159 – MSR_Midland0000164] |
| 97 | Glasgow Exhibit 5 – Email dated May 9, 2012 from Chad J. Husnick [MSR_Midland0000135 – MSR_Midland0000138] |
| 98 | Glasgow Exhibit 6 – Email dated May 17, 2012 from Saul Burian [MSR_Midland0000130 – MSR_Midland0000134] |
| 99 | Glasgow Exhibit 7 – Email dated May 17, 2012 from Saul Burian [MSR_Midland0000125 – MSR_Midland0000127] |
| 102 | McDermott Exhibit 7 – Email dated August 1, 2012 from Peter McDermott [KSLCAPITAL00000096 – KSLCAPITAL00000098] |
| 103 | McDermott Exhibit 8 – Email dated August 1, 2012 from Brian E. Greer [MSR-MIDLAND00001601 – MSR-MIDLAND00001602] |
| 104 | McDermott Exhibit 9 – Email dated August 2, 2012 from Brian E. Greer [MSR-MIDLAND00001420 – MSR-MIDLAND00001421] |
| 105 | McDermott Exhibit 10 – Email dated August 9, 2012 from Ryan G. Seidman [KSLCAPITAL00000058 – KSLCAPITAL00000060] |

17804471

| Exhibit No. | Description |
|---|---|
| 106 | McDermott Exhibit 11 – Email dated May 11, 2012 from Ryan G. Seidman [KSLCAPITAL00000061 – KSLCAPITAL00000062] |
| 107 | McDermott Exhibit 12 – Email dated July 10, 2012 from Dan Rohan [KSLCAPITAL00000083 – KSLCAPITAL00000085] |
| 108 | McDermott Exhibit 13 – Email dated June 6, 2012 from Dan Rohan [KSLCAPITAL00000088 – KSLCAPITAL00000090] |
| 115 | Burian Exhibit 5 – Email dated July 20, 2012 from Gissinger [MSR_FiveMile001539 – MSR_FiveMile 00l541] |
| 116 | Burian Exhibit 6 – Email dated August 10, 2012 from Drew Talarico [MSR FiveMile00l835 – MSR FiveMile00l852] |
| 117 | Burian Exhibit 8 – Amended Motion for Entry of Sales Procedure Order [Docket No. 881] |
| 118 | Burian Exhibit 9 – Email dated August 6, 2012 from Talarico with attachment [MSR_FiveMile00l970 – MSR_FiveMile00l978] |
| 119 | Burian Exhibit 10 – Declaration of Saul Burian dated August 20, 2012 [Docket No. 1418] |
| 120 | Burian Exhibit 13 – Email dated May 17, 2012 from Glasgow [MSR Midland 000125 – MSR Midland 000126] |
| 121 | Notice of Deposition of Five Mile Capital Partners, LLC served by GIC RE, dated August 29, 2012 |
| 122 | Notice of Deposition of Five Mile Capital, LLC served by Midland Loan Services, LLC |
| 123 | Midland Loan Services, Inc.'s First Set of Interrogatories to Five Mile Capital Partners, LLC, dated October 5, 2012 |
| 124 | Five Mile Capital Partners LCC's Objection To Midland Loan Services, Inc.'s Notice Of Deposition |
| 125 | Letter dated October 10, 2012 from Robert M. Novick, Esq. to Atara Miller, Esq. regarding Five Mile Capital Partners LCC's Objection to Midland Loan Services, Inc.'s First Set of Interrogatories |

16

| Exhibit No. | Description |
|---|---|
| 126 | Letter dated October 11, 2012 from Atara Miller, Esq. to Robert M. Novick, Esq. regarding Midland Loan Services, Inc.'s Response to Five Mile Capital Partners LCC's Objections to Midland's First Set of Interrogatories |
| 127 | Pooling and Servicing Agreements between Structured Asset Securities Corporation II, Depositor, and Wachovia Bank, National Association, as Master Servicer, and LNR Partners, Inc., as Special Servicer, and LaSalle Bank National Association, as Trustee, dated as of November 12, 2007 |
| 128 | Midland Loan Services, Inc.'s Second Requests For The Production Of Documents To Debtors |
| 129 | The Debtors' Responses To Midland Loan Services, Inc's Second Request For The Production Of Documents |
| 130 | Email dated October 12, 2012 from Robert M. Novick, Esq. to Counsel responding to B. Greer's Friday 12:26pm email |
| 131 | Email dated October 12, 2012 from Atara Miller, Esq. to Counsel requesting confirmation that Five Mile will provide responses to Midland's outstanding interrogatories |
| 132 | Email dated chain dated September 20, 2011 from Mark Shinderman to Saul Burian re Cash Budget Approval |
| 133 | Midland Loan Services, Inc.'s First Requests For Production Of Documents To Debtors |
| 134 | Letter dated September 4, 2012 from Atif Khawaja, Esq. to Atara Miller, Esq. enclosing documents in response to Midland Loan Services, Inc.s First Request for Production of Documents |
| 135 | The Debtors' Responses to Midland Loan Services, Inc.'s First Request for the Production of Documents |
| 136 | Email dated August 1, 2012 from Brian Greer to Mark Shinderman and David Zolkin [MSRBID002477-MSRBID002478] |
| 137 | Email dated August 9, 2012 from Brian Greer to Chad Husnick, with attached GIC RE commitment letter and UOB commitment [MSRBID001713- MSRBID001763] |

17804471

| Exhibit No. | Description |
| --- | --- |
| 139 | Objection of Midland Loan Services, Inc. to the Debtors' Second Request for Extension of Chapter 11 Plan Exclusivity Periods [Docket No. 674] |
| 140 | Supplemental Objection of Five Mile Capital Partners LLC to Bid Procedures Motion [Docket No. 1507] |
| 141 | Limited Objection of 450 Lex Private Limited and C Hotel Mezz Private Limited to the Debtors' Application for an Order Authorizing the Employment and Retention of Houlihan Lokey Capital, Inc. [Docket No. 73] |
| 142 | Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Approving the Debtors' Stipulation with GIC RE and Five Mile [Docket No. 637] |
| 143 | Debtors' Omnibus Reply in Support of Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Approving the Debtors' Stipulation with GIC RE and Five Mile [Docket No. 681] |
| 144 | Motion of MSR Resort Golf Course LLC, et al., for the Entry of an Order Authorizing the Debtors to Enter into a Consulting Agreement with Loews Maui Hotel Corp. [Docket No. 1285] |
| 145 | Declaration of Derek Pitts in Support of Motion of MSR Resort Golf Course LLC, et al., for the Entry of an Order Authorizing the Debtors to Enter into a Consulting Agreement with Loews Maui Hotel Corp. [Docket No. 1295] |
| 146 | Email dated March 20, 2012 from Chris Wu to Derek Pitts [MSR_FMC_0000594- MSR_FMC_0000595] |
| 147 | Email dated May 16, 2012 from Drew Talarico to Chris Wu [MSR_FMC_0000596- MSR_FMC_0000599] |
| 148 | Email dated July 27, 2012 from Drew Talarico to Chris Wu [MSR_FMC_0000613- MSR_FMC_0000618] |
| 149 | Email date July 27, 2012 from Drew Talarico to Matthew Boras [MSR_FMC_0000619- MSR_FMC_0000620] |
| 150 | Email dated August 2, 2012 from Mark Shinderman to Brian Greer [MSRBID002164-MSRBID002165] |

17804471

| Exhibit No. | Description |
|---|---|
| 151 | Email dated August 8, 2012 from David Zolkin to Brian Greer [MSRBID002131-MSRBID002153] |
| 152 | Email dated August 8, 2012 from Brian Greer to David Zolkin [MSRBID002255-MSRBID002275] |
| 153 | Email dated August 15, 2012 from Mark Shinderman to Brian Greer [MSRBID2154-MSRBID2157] |
| 154 | Email dated August 15, 2012 from Mark Shinderman to Brian Greer [MSRBID002180-MSRBID002181] |
| 155 | Email dated August 16, 2012 from Mark Shinderman to Brian Greer [MSRBID002121-MSRBID002123] |
| 156 | Subpoena to KSL Partners, LLC dated August 27, 2012 |
| 157 | Subpoena to 450 Lex Private Limited and C Hotel Mezz dated August 24, 2012 |
| 158 | GIC RE's Responses and Objections to Five Mile Capital Partners LLC's First Request for Production of Documents to 450 Lex Private Limited and C Hotel Mezz Private Limited, dated August 29, 2012 |
| 161 | Letter dated September 14, 2012 from Robert M. Novick, Esq. to Brian Greer, Esq. |
| 162 | Letter dated September 14, 2012 from Robert M. Novick, Esq. to Paul M. Basta, Esq. |
| 163 | Letter dated September 14, 2012 from Robert M. Novick, Esq. to Mark Shinderman, Esq. |
| 164 | Letter dated September 14, 2012 from Robert M. Novick, Esq. to Lisa Schweitzer, Esq. |
| 165 | Midland Loan Services, Inc.'s Responses and Objections to Five Mile Capital Partners LLC's First Request for Production of Documents dated August 30, 2012 |
| 166 | Five Mile Capital Partners LLC's First Requests for Production of Documents to Midland Loan Services, Inc., dated August 23, 2012 |

19

17804471

| Exhibit No. | Description |
| --- | --- |
| 167 | Five Mile Capital Partners LLC's Responses and Objection to GIG REs First Request for Production of Documents |

## PRIVILEGE LOGS

| Exhibit No. | Description |
| --- | --- |
|  | GIC RE's Privilege Log |
|  | Privilege Log of Midland Loan Services, Inc. |
|  | Privilege Log of KSL Capital Partners, LLC |

## <u>RESERVATION OF RIGHTS</u>

GIC RE expressly reserves, and does not waive, its right to modify or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of Five Mile's designation(s). This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges and objections.

17804471

Dated:  New York, New York
         December 18, 2012

                           Respectfully submitted,

                           DECHERT LLP

By:    */s/ David A. Kotler*
        Michael J. Sage
        Brian E. Greer
        David A. Kotler
        1095 Avenue of the Americas
        New York, New York 10036-6797
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        michael.sage@dechert.com
        brian.greer@dechert.com
        david.kotler@dechert.com

        *Attorneys for 450 Lex Private Limited*
        *and C Hotel Mezz Private Limited*

17804471